**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Terry Dennard MCNEAIR,
Defendant—Appellant.**

No. 11–6343.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 2, 2011.

Terry Dennard McNeair, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Dennard McNeair appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McNeair*, No. 4:96–cr–00070–WO–2 (M.D.N.C. Feb. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*